Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff
Sonia Triplet-Ory

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SONIA TRIPLET-ORY,<br><br>Plaintiff,<br><br>v.<br><br>MUFG UNION BANK,<br><br>Defendant. | Case No. 2:17-cv-02210-MCE-CKD<br><br>**AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT MUFG UNION BANK'S TIME TO RESPOND TO COMPLAINT**<br><br>Current Resp. Date: January 18, 2018<br>New Resp. Date: February 2, 2018<br><br>Complaint Filed: October 23, 2017<br>Trial Date: TBD |

    Plaintiff Sonia Triplet-Ory("Plaintiff"), by and through her counsel of record, Elliot Gale of Sagaria Law, P.C., and Defendant MUFG Union Bank("Union Bank"), by and through its counsel of record, Lisa Rockwell, hereby submit this Stipulation To Extend Union Bank's Time To Respond To Plaintiff's Complaint to February 2, 2018, as follows:

STIPULATION
-1-

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on October 23, 2017;

2. Plaintiff served Union Bank with the Complaint, such that Union Bank's initial responsive pleading deadline was January 18, 2018;

3. Union Bank is researching Plaintiff's claims in order to explore the potential for an early resolution, as well as for the information necessary to fully respond to Plaintiff's allegations in a responsive pleading.

4. The parties agreed that it would serve the interest of judicial economy to allow additional time for Union Bank to research Plaintiff's allegations and to potentially explore informal resolution before committing further resources to litigation;

5. The parties agreed, therefore, that good cause exists to extend Union Bank's responsive pleading deadline, such that the responsive pleading will be due on February 2, 2018;

6. The agreed upon extension will not prejudice any party and will not cause any delays with respect to any other dates, as no other dates have yet been scheduled.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Defendant Union Bank's time to file a responsive pleading to Plaintiff's Complaint is extended. Union Bank shall file its responsive pleading on or before February 2, 2018.

DATED: January 22, 2018

By: */s/ Lisa Rockwell*
LISA ROCKWELL
Attorneys for Defendant
MUFG UNION BANK

DATED: January 22, 2018 **SAGARIA LAW, P.C.**

By: */s/ Elliot Gale*
ELLIOT GALE
Attorneys for Plaintiff,
SONIA TRIPLET-ORY

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Lisa Rockwell, counsel for Defendant, and that I have obtained Lisa Rockwell's authorization to affix her electronic signature to this document.

DATED: January 22, 2018    By:   */s/ Elliot Gale*

**ORDER**

Based on the Parties' Stipulation, and good cause appearing, it is hereby ordered that Defendant MUFG Union Bank shall have until February 2, 2018 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE